UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ, ~~on behalf of himself and all others similarly situated~~,

                Plaintiffs,

-against-

ROBINHOOD MARKETS, INC.
                Defendant.

Case No. 1:21-cv-00939
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            April 14, 2021

As no class was ever certified, this dismissal with prejudice impacts only Plaintiff Christian Sanchez's claims against Defendant.  SO ORDERED.

*[signature]*

April 15, 2021

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*